| | |
|---|---|
| HARLEY FINNEY,<br><br>        Plaintiff,<br><br>   v.<br><br>B. PHI, et al,<br><br>        Defendants. | Case No. 1:17-cv-01541-BAM (PC)<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE<br><br>(ECF No. 6.)<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE<br><br>**THIRTY (30) DAY DEADLINE** |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff Harley Finney ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on November 20, 2017, together with a motion requesting leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 2.)

On November 22, 2017, the Court issued an order denying Plaintiff's application to proceed in forma pauperis because it was incomplete. Plaintiff reported that over the last twelve months he had received rent payments, interest, or dividends, but he failed to clearly describe the source of the money, the amount received, and if he expected to receive additional amounts. Plaintiff also reported that he owned stocks/shares, but he failed to state the value of the property. The Court ordered Plaintiff to submit a new application within forty-five days. (ECF No. 5.)

1

On December 11, 2017, Plaintiff submitted a renewed motion to proceed in forma pauperis. (ECF No. 6.) Plaintiff again indicates that he has received rent payments, interest or dividends over the last twelve months. Plaintiff states that he has $3,000.00 in cash in an account "from a Tribal Corp," which yields dividends in April and December, annually. Plaintiff further states that he owns stocks "in Tribal Corp." (Id.) While Plaintiff has provided additional information, Plaintiff again fails to specify the value of the property at issue. Specifically, Plaintiff does not indicate the amount received from the dividends yielded by his Tribal Corp account or the value of his stocks.

In addition, Plaintiff failed to sign or date the application as required by Federal Rule of Civil Procedure 11(a), to complete the certificate portion of the application, or to include a certified copy of his trust account statement for the past six months.

Accordingly, IT IS HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;
2. No extension of time will be granted without a showing of good cause; and
3. **The failure to comply with this order will result in dismissal of this action without prejudice.**

IT IS SO ORDERED.

Dated: **December 13, 2017**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE