# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARLEY FINNEY,<br><br>        Plaintiff,<br><br>    v.<br><br>PHI, et al.,<br><br>        Defendants. | Case No. 1:17-cv-01541-DAD-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br>(ECF No. 9)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*<br>(ECF No. 13) |

      Plaintiff Harley Finney ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

      On January 10, 2018, the undersigned issued findings and recommendations recommending that Plaintiff's application to proceed *in forma pauperis* be denied and that Plaintiff be required to pay the $400.00 filing fee in full to proceed with this action. (ECF No. 13.) Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Id. at 3.) No objections were filed.

      On March 12, 2018, before the assigned District Judge had ruled on the pending findings and recommendations, Plaintiff submitted the $400.00 filing fee in full.

///

1

| | |
|---|---|
| 1 | Accordingly, Plaintiff's motion to proceed *in forma pauperis*, (ECF No. 9), is HEREBY |
| 2 | DENIED as moot, and the findings and recommendations to deny Plaintiff's motion for leave to |
| 3 | proceed *in forma pauperis*, (ECF No. 13), are VACATED.  Plaintiff's complaint will be screened |
| 4 | in due course. |

IT IS SO ORDERED.

Dated:   **April 30, 2018**              /s/ *Barbara A. McAuliffe*          
                                         UNITED STATES MAGISTRATE JUDGE